UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA BOTELLO,<br><br>                                  Plaintiff,<br><br>v.<br><br>SUN VALLEY BEHAVIORAL MEDICAL CENTER, INC.; BERNARDO NG; and DOES 1 through 25, inclusive,<br><br>                                  Defendants. | Case No.: 22cv755-JO-JLB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

Plaintiff Gina Botello moved for leave to file an amended complaint. Dkt. 11. The Court held oral argument on the motion on November 9, 2022. For the reasons stated on the record at the oral argument, the Court GRANTS the motion [Dkt. 11]. Defendants shall respond to the amended complaint on or before December 9, 2022.

**IT IS SO ORDERED**.

Dated: November 9, 2022

_____
Honorable Jinsook Ohta
United States District Judge

1

22cv755-JO-JLB