# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA BOTELLO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SUN VALLEY BEHAVIORAL MEDICAL CENTER, INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 22cv755-JO(LR)<br><br>**ORDER DENYING WITHOUT PREJUDICE JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**<br><br>**[ECF NO. 21]** |

On February 28, 2023, the parties filed a joint motion asking the Court to enter their Protective Order. (ECF No. 21.) The Court notes that the parties' motion does not comply with the requitements set forth in the Court's Civil Chambers Rules with respect to Stipulated Protective Orders. (See Hon. Lupe Rodriguez, Jr. Civ. Chambers Rules § VII.) Accordingly, the Court **DENIES without prejudice** the parties' joint motion. If the parties wish to refile their motion, they may do so by **March 6, 2023**.

　　**IT IS SO ORDERED**.

Dated: March 1, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Lupe Rodriguez, Jr.
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge