UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA BOTELLO,<br><br>                        Plaintiff,<br><br>v.<br><br>SUN VALLEY BEHAVIORAL MEDICAL CENTER, INC., et al.,<br><br>                       Defendants. | Case No.: 22cv755-JO(LR)<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**<br><br>**[ECF NO. 23]** |

On March 6, 2023, the parties filed a joint motion asking the Court to enter their Protective Order. (ECF No. 23.) The Court has considered the Stipulated Protective Order and, for good cause shown, **GRANTS** the joint motion and enters the Stipulated Protective Order attached as Exhibit 1 to the motion [ECF No. 23-1 at 1-12].

**IT IS SO ORDERED**.

Dated: March 7, 2023

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge